IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION


TERRY R. SANFORD, et al.,

       Plaintiffs,

v.                                    Case No. 3:08CV835

COMMONWEALTH OF VIRGINIA, et al.,

       Defendants.


**DEFENDANT DEBORAH DAVIS'**
**MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS**

COMES NOW Defendant Deborah Davis, by counsel and pursuant to Rules

12(b)(6) and 56, Fed. R. Civ. Proc., and moves this Court

a) to enter summary judgment for her upon Counts 10, 11, 12, 15, 16, and 17;

b) to dismiss Counts 11 and 12 because they are barred by the Statute of

   Limitations, and ;

c) to dismiss Counts 11 and 12 because they fail to state a claim both because

   neither a claim under the Americans with Disabilities Act nor a claim under

   the Rehabilitation Act may be brought upon 42 U.S.C § 1983 and because

   neither the Americans with Disabilities Act nor the Rehabilitation Act permit

   a claim against an individual.

In support of her motion for summary judgment, Defendant Wacksman relies

upon her Declaration, attached hereto as Exhibit A, and upon the argument presented in

her Memorandum in Support.

WHEREFORE, for the foregoing reasons, for those reasons asserted in her

Memorandum in Support, and for those which may be asserted upon oral argument,

Defendant respectfully moves this Court to grant her motion for summary judgment and

to enter judgment in her favor or, in the alternative, to dismiss this action against her with

prejudice.

**Respectfully submitted,**

**DEBORAH DAVIS**

_____/s/_____
Charles M. Allen (VA Bar No. 30183)
Email:  callen@goodmanallen.com
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway
Suite 210
Glen Allen, Virginia 23060
Phone: (804) 346-0600
Fax:    (804) 346-5954

*Counsel for Deborah Davis*

**CERTIFICATE OF SERVICE**

I certify that on the 3rd day of March 2009, I will electronically file the foregoing

with the Clerk of Court using the CM/ECF system which will then send a notification of

such filing to the following:

Richard Charles Ferris, II, Esq.
Steven J. McKinney, Esq.
Law Offices of Ferris and Ferris
Post Office Box 294
Chesterfield, Virginia 23832

*Counsel for Plaintiffs*

And

George W. Chabalewski, Esq.
Office of the Attorney General
900 E Main St
Richmond, VA 23219

*Counsel for the Commonwealth of Virginia, Col. Willie B. Fuller*
*Officer Bailey, Officer Ellsworth C. Pryor, Officer Brent J. Carter,*
*Officer Marvin J. Branch, Officer and Aaron K. Lavigne*

                                    _____/s/_____ _____
                                    Charles M. Allen (VA Bar No. 30183)
                                    Email:  callen@goodmanallen.com
                                    GOODMAN, ALLEN & FILETTI, PLLC
                                    4501 Highwoods Parkway
                                    Suite 210
                                    Glen Allen, Virginia 23060
                                    Phone: (804) 346-0600
                                    Fax:    (804) 346-5954

                                    *Counsel for Deborah Davis*