IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TERRY R. SANFORD, et al.,

    Plaintiffs,

v.                                          Case No. 3:08CV835

COL. WILLIE B. FULLER, et al.,

    Defendants.

## WILLIE B. FULLER, AND POLICE OFFICER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME the Defendants, Willie B. Fuller, and Officers Mark Bailey ("Bailey"), Officer Ellsworth C. Pryor, ("Pryor"), Officer Loran B. Carter ("Carter"), Officer Craig L. Branch ("Branch"), Officer Aaron LaVigne, ("LaVigne") or collectively as "Police Officer Defendants"), each by his counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, and file their Motion for Summary Judgment. The reasons justifying their motion are more fully set forth in the accompanying memorandum.

WHEREFORE, the Defendants, by counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, ask this Court to grant their Motion for Summary Judgment.

                        Respectfully submitted,

                        COL. WILLIE B. FULLER
                        OFFICER MARK BAILEY
                        OFFICER ELLSWORTH PRYOR
                        OFFICER LORAN CARTER
                        OFFICER CRAIG BRANCH, and
                        OFFICER AARON LAVIGNE

                        By:        _____/s/_____

                                      George W. Chabalewski
                                      Virginia State Bar Number 27040
                                      Office of the Attorney General
                                      900 East Main Street
                                      Richmond, Virginia 23219
                                      Telephone: (804) 692-0598
                                      Fax: (804) 371-2087
                                      E-mail: gchabalewski@oag.state.va.us

William C. Mims
Attorney General of Virginia

Martin L. Kent
Chief Deputy Attorney General

Maureen Riley Matsen
Deputy Attorney General

Peter R. Messitt
Senior Assistant Attorney General

*George W. Chabalewski
Senior Assistant Attorney General

*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August 2009, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Richard C. Ferris, II, Esquire
Ferris & Ferris
P.O. Box 294
10321 Memory Lane
Chesterfield, Virginia 23832

Charles M. Allen, Esquire
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, VA 23060

By: _____/s/_____
George W. Chabalewski
Virginia State Bar Number 27040
Attorney for the above Defendants
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 692-0598
Fax: (804) 371-2087
E-mail: gchabalewski@oag.state.va.us