IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TERRY R. SANFORD, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 3:08CV835 |
| | ) |
| COL. WILLIE B. FULLER, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT BARUCH MAYER GROB, M.D.'S
AMENDED MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant Baruch Mayer Grob, M.D., by counsel and pursuant to Rule 56, Fed. R. Civ. Proc., and hereby moves this Court to enter summary judgment in his favor with regards to Count 23 of the Amended Complaint.

In support of this motion for summary judgment, Defendant Dr. Grob relies upon his Declaration, attached hereto as Exhibit A, the deposition testimony of Dr. Eileen Ryan, excerpted and attached hereto as Exhibit B, and his deposition testimony, excerpted and attached hereto as Exhibit C, as well as upon the argument presented in the accompanying Memorandum in Support.

WHEREFORE, for the foregoing reasons, for those reasons asserted in the Memorandum in Support, and for those which may be asserted upon oral argument, Defendant Dr. Grob respectfully moves this Court to grant the motion for summary judgment, and to dismiss him from this action with prejudice.

**Respectfully submitted,**

**BARUCH MAYER GROB, M.D.**


_____/s/_____ _____
Charles M. Allen (VA Bar No. 30183)
Email:  callen@goodmanallen.com
Grace M. Brumagin (VA Bar No. 75957)
Email: gbrumagin@goodmanallen.com
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway
Suite 210
Glen Allen, Virginia 23060
Phone: (804) 346-0600
Fax:     (804) 346-5954

*Counsel for Baruch Mayer Grob, M.D.*

2

**CERTIFICATE OF SERVICE**

I certify that on the 8th day of September 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing to the following:

Richard Charles Ferris, II, Esq.
Steven J. McKinney, Esq.
Law Offices of Ferris and Ferris
Post Office Box 294
Chesterfield, Virginia 23832

*Counsel for Plaintiffs*

And

George W. Chabalewski, Esq.
Office of the Attorney General
900 E Main St
Richmond, VA 23219

John A. Gibney, Jr. Esq.
ThompsonMcMullin, P.C.
100 Shockoe Slip, 3d Floor
Richmond, Virginia  23219

*Counsel for Col. Willie B. Fuller*
*Officer Bailey, Officer Ellsworth C. Pryor, Officer Brent J. Carter,*
*Officer Marvin J. Branch, Officer and Aaron K. Lavigne*

          _____/s/_____
          Charles M. Allen (VA Bar No. 30183)
          Email:  callen@goodmanallen.com
          GOODMAN, ALLEN & FILETTI, PLLC
          4501 Highwoods Parkway
          Suite 210
          Glen Allen, Virginia 23060
          Phone: (804) 346-0600
          Fax:    (804) 346-5954

          *Counsel for Baruch Mayer Grob, M.D.*