UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

TERRY RICHARD SANFORD,
    Administrator of the Estate of
    John Charles Sanford, Deceased, et al.,

          Plaintiffs,

v.

COMMONWEALTH OF VIRGINIA, et al.,

          Defendants.

Civil Action No.  3:08cv835

## NOTICE OF APPEARANCE

Defendant, Sammy Lancaster , by counsel, files this Notice of Appearance notifying the

Court and opposing counsel that Jimmy F. Robinson, Jr., of the law firm of Troutman Sanders

LLP will serve as counsel in this matter on behalf of Defendant, Sammy Lancaster.

The undersigned respectfully requests that this Court provide electronic notification of all

activity in this matter to: jimmy.robinson@troutmansanders.com.

                                   **SAMMY LANCASTER**

                                   /s/  Jimmy F. Robinson, Jr.
                                   Jimmy F. Robinson, Jr. (VSB No. 43622)
                                   jimmy.robinson@troutmansanders.com
                                   TROUTMAN SANDERS LLP
                                   Troutman Sanders Building
                                   1001 Haxall Point
                                   P.O. Box 1122
                                   Richmond, Virginia  23218-1122
                                   Telephone:    (804) 697-1211
                                   Facsimile:    (804) 698-6029
                                   *Counsel for Sammy Lancaster*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| David P. Corrigan, Esquire<br>dcorrigan@hccw.com<br>Jeremy B. Capps, Esquire<br>jcapps@hccw.com<br>HARMON CLAYTOR CORRIGAN WELLMAN<br>P.O. Box 70280<br>Richmond, Virginia 23255<br>*Counsel for Defendant Bailey* | Jeff W. Rosen, Esquire<br>jrosen@pendercoward.com<br>PENDER AND COWARD<br>222 Central Park Avenue, Suite 400<br>Virginia Beach, Virginia 23462<br>*Counsel for Defendant Majette as Guardian of the Person for Col. Willie B. Fuller(incompetent)* |
| William D. Bayliss, Esquire<br>bbayliss@williamsmullen.com<br>Brendan D. O'Toole, Esquire<br>botoole@williamsmullen.com<br>WILLIAMS MULLEN<br>1021 East Cary Street, 17th Floor<br>P.O. Box 1320<br>Richmond, Virginia 23218<br>*Counsel for Defendants Crosby, Grob and Maiberger* | Sean M. Golden, Esquire<br>sgolden@vanblk.com<br>Mark S. Brennan, Sr., Esquire<br>mbrennan@vanblk.com<br>VANDEVENTER BLACK<br>Eighth & Main Building<br>707 East Main Street, Suite 1700<br>P.O. Box 1558<br>Richmond, Virginia 23218-1558<br>*Counsel for Defendants Brown, Ferguson, Koo, Magdaug and MCV Associated Physicians* |
| Michael Ward, Esquire<br>mward@morrismorris.com<br>Grant E. Kronenberg, Esquire<br>gronenberg@morrismorris.com<br>MORRIS & MORRIS<br>P.O. Box 30<br>Richmond, Virginia 23218<br>*Counsel for Defendant Branch* | William F. Etherington, Esquire<br>wetherington@bealelaw.com<br>Leslie A. Winneberger, Esquire<br>lwinneberger@bealelaw.com<br>BEALE, DAVIDSON, ETHERINGTON & MORRIS, PC<br>701 East Franklin Street, Suite 1200<br>Richmond, Virginia 23219<br>*Counsel for Defendants Lavigne, Prior and Carter* |

| | |
|---|---|
| Rodney K. Adams, Esquire<br>rodney.adams@leclairryan.com<br>Tracy Taylor Hague, Esquire<br>tracy.hague@leclairryan.com<br>Ashley C. Dobbin, Esquire<br>ashley.dobbin@leclairryan.com<br>LeClair Ryan, PC<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, 8th Floor<br>Richmond, Virginia  23219<br>*Counsel for Ahmed S. A. Meguid, M.D.* | Richard C. Ferris, II, Esquire<br>ferrisandferris@comcast.net<br>Stephen J. McKinney, Esquire<br>sjmckinney@ferrisandferris.com<br>Law Offices of Ferris & Ferris<br>10321 Memory Lane<br>P.O. Box 294<br>Chesterfield, Virginia  23832<br>*Counsel for Plaintiffs* |
| Charles M. Allen, Esquire<br>callen@goodmanallen.com<br>Grace M. Brumagin, Esquire<br>gbrumagin@goodmanallen.com<br>William f. Demarest, III, Esquire<br>wdemarest@goodmanallen.com<br>Goodman, Allen, and Filetti, PLLC<br>4501 Highwoods Parkway, Suite 210<br>Glen Allen, Virginia  23060<br>*Former Counsel for Defendants Meguid, Grob, Maiberger, Lancaster, MCV Associated Physicians, Brown, Ferguson, Magdaug and Crosby* | John A. Gibney, Jr., Esquire<br>jgibney@t-mlaw.com<br>William D. Prince, IV, Esquire<br>wprince@t-mlaw.com<br>Thompson McMullan, P.C.<br>100 Shockoe Slip<br>Richmond, Virginia  23218<br>*Former Counsel for Defendants Fuller, Lavigne, Branch, Pryor, Carter, and Bailey* |

/s/ Jimmy F. Robinson, Jr.
Jimmy F. Robinson, Jr. (VSB No. 43622)
jimmy.robinson@troutmansanders.com
Troutman Sanders LLP
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122
Richmond, Virginia  23218-1122
Telephone:    (804) 697-1211
Facsimile:    (804) 698-6029
*Counsel for Sammy Lancaster*

1882889v1 237020.000001
11/13/09